UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RODA DRILLING, LP | CIVIL ACTION |
| VERSUS | |
| ENERGY XXI ONSHORE, LLC, ET AL | NO. 11-379-BAJ-SCR |

## RULING

The Court has carefully considered the motion to dismiss, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 28, 2012 (doc. 93), and defendants objections (doc. 98 and 99).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the Reurged Rule 12(b)(6) Motion to Dismiss (doc. 82) filed by plaintiff/defendant in counterclaim RoDa Drilling, L.P. and third party defendants, Zenergy, Inc. and Zeneco, Inc. is hereby denied.

Baton Rouge, Louisiana, December 20, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA