UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RODA DRILLING, LP | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 11-379-BAJ-SCR |
| ENERGY XXI ONSHORE, LLC, ET AL | |

## RULING

The Court has carefully considered the motion to dismiss, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 12, 2012 (doc. 96), and the objections/responses thereto.

The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the Robert Zinke's Reurged Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (doc. 83) is denied.

Baton Rouge, Louisiana, December 20, 2012.

 

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA